# Third District Court of Appeal

## State of Florida

Opinion filed September 1, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1211
Lower Tribunal No. F13-7027A

_____


**Oscar Rua-Torbizco,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Marisa Tinkler Mendez, Judge.

Oscar Rua-Torbizco, in proper person.

Ashley Moody, Attorney General, for appellee.


Before EMAS, LOGUE, and SCALES, JJ.

PER CURIAM.

Affirmed.